UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

Kermit Irizarry ,     Defendant(s).

-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

__21__-CR-__60__( __MKV__ )

Defendant __Kermit Irizarry_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Kermit Irizarry
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kermit Irizarry
_____
Print Defendant's Name

/s/ Martin Cohen
_____
Defense Counsel's Signature

Martin Cohen
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/2/21
_____
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge