**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/16/2021
```

*By ECF*

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Kermit Irizarry*, 21 Cr. 60 (MKV)

Dear Judge Vyskocil**:**

    I write on consent (Assistant U.S. Attorney Emily Johnson) to respectfully request that the Court set a deadline to reply to the Government's response to our motion to dismiss the indictment, which was grounded in the underrepresentation of Black and Latino individuals in the jury pool in this district. (Our motion was filed on March 12, 2021, *see* Dkt. Nos. 10-11; the Government responded on April 2, 2021, *see* Dkt. No. 15.) I have a trial beginning on April 27, 2021 in front of Judge Castel, and I have not had sufficient time to address the Government's response in this case. Accordingly, I respectfully request that the Court set a deadline of May 14, 2021 for our response.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:    Emily Johnson, Esq. by ECF

**Granted. SO ORDERED.**

Date: April 16, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge