UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,   1:21-cr-0060 (MKV)

                -against-   **ORDER**

KERMIT IRIZARRY

                Defendants.

_____

MARY KAY VYSKOCIL, United States District Judge

      A status conference will be held in this case May 17, 2021 at 9am. Individual links have been sent to the parties to appear by video. The public can join by dialing 855 268-7844 using access code 32091812 and PIN 9921299

**SO ORDERED.**

**Date: May 12, 2021**

MARY KAY VYSKOCIL
United States District Judge