UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

Kermit Irizarry,
                            Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

21-CR-60 (MKV) (___)

Defendant __Kermit Irizarry__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Kermit Irizarry by Martin Cohen
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kermit Irizarry
_____
Print Defendant's Name

/s/ Martin Cohen
_____
Defense Counsel's Signature


/s Martin Cohen
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__5/17/21__
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge