| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 8/27/2021 |

UNITED STATES OF AMERICA,

-v.-

KERMIT IRIZARRY

                Defendant.

21 Cr. 60 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

      On May 17, 2021 the Court informed the Parties that it would seek to schedule a trial date for the fourth quarter of 2021. The Court accordingly proceeded to request a jury trial for that time period.

      The Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **November 3, 2021**. The case must be trial-ready for that date. The case is first on the prioritized list for jury trials for that day and has been calendared for five trial days to include jury selection.

      It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Kermit Irizarry:

- Trial will commence on **November 3, 2021** at a time and courtroom to be notified;

- Jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **October 13, 2021**;

- Any opposition papers to motions *in limine* will be due **October 19, 2021**;

- The final pre-trial conference will be scheduled for **October 26, 2021, at 2:00pm** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:   August 27, 2021
        New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge