UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/22/21
```

UNITED STATES OF AMERICA,

          -against-

KERMIT IRIZARRY,

          Defendant.

1:21-cr-0060 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    The change of plea hearing for Kermit Irizarry will take place **October 1, 2021** at **10am** before Judge Mary Kay Vyskocil.

    The proceeding will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.

**SO ORDERED.**

**Date: September 22, 2021**

*[Signature]*
MARY KAY VYSKOCIL
United States District Judge